. APPEAL No. 74-139. SANDRA HAZEN v. IRWIN HAZEN. Motion of appellant requesting that either her appeal be sustained in the light of the appellee's failure to file his brief or that the controversy be decided solely on the basis of the contentions she has briefed is denied. The appeal assigned to the continuous argument list. Doris, J. not participating. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for appellant. *Robert G. Crouchley,* for appellee.

January 9, 1975.

M. P. No. 74-310. ROSEMARIE PORTER v. RUSSELL W. ARLIA. Petition of defendant for writ of certiorari denied. See *Giarrusso* v. *Corrigan,* 108 R. I. 471, 276 A.2d 750 (1971). *Raymond R. Coia,* for plaintiff. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr., Smith & Smith Incorporated, Z. Hershel Smith,* for defendant.

M. P. No. 74-320. VICTOR WALKA v. FRANK BESTWICK, JR. VICTOR WALKA v. WILLIAM COLLINS. Petition of William Collins and Frank Bestwick, Jr. for a writ of certiorari is denied. As of this date, no final judgment has been entered in the Superior Court below which might be the subject of review by appellate court. *Letts, Quinn & Licht, Daniel J. Murray, Jerome B. Spunt, Frank Licht,* for respondent-appellee. *Alan H. Pearlman,* for petitioners-appellants.

M. P. No. 74-329. CLINTON W. KEACH, *Executor of the Will of* MARIA E. KEACH v. ROBERTSHAW CONTROLS COMPANY *et al.* Petition for a writ of certiorari is denied without prejudice to the right of petitioner to raise the issues presented on appeal. Roberts, C. J. not participating. *Joseph T. Trainor,* for plaintiff-respondent. *Roberts & Willey Incorporated, David W. Carroll,* for defendant-petitioner Robertshaw Controls Company.